## Commonwealth *v.* Milliner, Appellant.

Submitted December 8, 1969. *David Rudovsky* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D.*

*Crawford,* Assistant District Attorney, and *Arlen Spec-ter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.